IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) JUDGE |
| Plaintiff, | ) |
| | ) MOTION TO BE FILED |
| v. | ) UNDER SEAL |
| | ) |
| DEMETRIUS JEFFRIES, | ) |
| | ) |
| Defendant. | ) |

1:08CR 358
JUDGE GWIN

Now comes the United States of America, by and through counsel, William J. Edwards, Acting United States Attorney, and Joseph M. Pinjuh, Assistant United States Attorney, and respectfully moves this Court for an order sealing the attached indictment for the following reason(s): to ensure the apprehension of the above-named defendant who is currently at large.

Respectfully submitted,

WILLIAM J. EDWARDS
Acting United States Attorney

By: _____
Joseph M. Pinjuh
Assistant U.S. Attorney
Reg. No. 015606 (TN)
400 United States Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113
(216)622-3771
(216)522-7499
Joseph.Pinjuh@usdoj.gov