IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | : | CASE NO.: 1:08 CR 358 |
|---|---|---|
| Plaintiff, | : | |
| | : | JUDGE PATRICIA A. GAUGHN |
| v. | : | |
| | : | |
| DEMETRIUS JEFFRIES, | : | **MOTION TO WITHDRAW AS** |
| | : | **COUNSEL FOR DEFENDANT** |
| Defendant. | : | **DEMETRIUS JEFFRIES** |

Now comes Attorney Vicki Lynn Ward and moves this Honorable Court to withdraw her as counsel of record for the named Defendant. Counsel of record makes this Motion as he Defendant has retained new Counsel as evidenced by the Notice of Appearance filed with the Court by Attorney Santiago Feliciano. The Defendant no longer desires the services of this Counsel.

**WHEREFORE,** Attorney Vicki Lynn Ward requests, this Honorable Court in the interest of Justice, to withdraw her as Counsel of record for the Defendant.

Respectfully submitted,

s/ Vicki Lynn Ward
VICKI LYNN WARD (0030905)
Attorney at Law
75 Public Square, Suite 600
Cleveland, Ohio 44114
Telephone: (216) 696-5580
Facsimile: (216) 696-5880
E-Mail: vickiward4@aol.com

Counsel for Defendant Demetrius Jeffries

**CERTIFICATE OF SERVICE**

      I herby certify that on this 6 day of May 2009, a copy of the foregoing <u>Motion to Withdraw as Counsel of Record</u> was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. A true copy was sent U.S. Mail to Demetrius Jeffries N.E.O.C.C. 2240 Hubbard Road Youngstown, Ohio 44505.

                                            <u>s/ Vicki Lynn Ward</u>
                                            VICKI LYNN WARD (0030905)
                                            Attorney for Defendant